United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**REYDEL MARTI CORONA,**

***Petitioner*,**

**VS.** **CIVIL ACTION NO. 4:26-cv-07416**

**U.S. DEPARTMENT OF HOMELAND SECURITY (DHS), *et al.*,**

***Respondents*.**

## ORDER

Petitioner Reydel Marti Corona has filed a Petition for Writ of Habeas Corpus (ECF No. 1) and Respondent U.S. Department of Homeland Security has filed a Motion for Summary Judgment (ECF No. 6). The Court has set a hearing on the Petition for Tuesday, October 8, 2026, at 2:30 PM. Respondents are hereby **ORDERED** to ensure that Petitioner can participate in that hearing in person at the United States Courthouse, 515 Rusk St, Courtroom 3A, Houston, Texas. Respondents are further **ORDERED** to provide a translator for Petitioner.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 21st day of September, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE