United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**REYDEL MARTI CORONA,** §
§
***Petitioner*,** §
**VS.** § **CIVIL ACTION NO. 4:26-cv-07416**
§
**RAYMOND THOMPSON, *et al.*,** §
§
***Respondents*.** §

**ORDER**

Before the Court is Petitioner Reydel Marti Corona's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondent's Motion for Summary Judgment (ECF No. 6). The Court heard arguments in this case on October 8, 2026. Having considered all briefing and arguments from parties, the Court hereby **ORDERS** the following:

1. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**;
2. Respondent's Motion for Summary Judgment (ECF No. 6) is **GRANTED**. The Court's previous Stay of Transfer for Removal (ECF No. 5) is therefore **VACATED**; and,
3. The Court further **ORDERS** that Respondents file an advisory with the Court on or before October 22, 2026, informing the Court when Petitioner's removal is scheduled, along with another notice when Petitioner has in fact been removed.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE