United States District Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **REYDEL MARTI CORONA** | § | |
| | § | |
| ***Petitioner,*** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-07416** |
| | § | |
| **RAYMOND THOMPSON, *et al.*,** | § | |
| | § | |
| ***Respondent.*** | § | |

## ORDER

Pending before the Court is Petitioner's Motion for Leave to File His Response to Respondents' Motion for Summary Judgment Out of Time (ECF No. 10). The Court issued a ruling on Respondents' Motion for Summary Judgment on October 8, 2026 (ECF No. 9) and Petitioner filed his Motion on October 9, 2026. Therefore, Petitioner's Motion is **DENIED AS MOOT.**

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 13th day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE